

**ORDERED in the Southern District of Florida on December 20, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

                              **CASE NO.:  20-22945-BKC-SMG**
                              PROCEEDING UNDER CHAPTER 13

**IN RE:**

MARIELA TERESA PORRAS
XXX-XX-9208

DEBTOR_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN

    **THIS CAUSE** came to be heard on the December 14, 2023 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan ("Motion"), and based on the record, it is

    **ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to U.S. Department of Education ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

3. The Debtor shall continue making payments under the Plan until further Order of this Court, if applicable.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN<br>CASE NO.:  20-22945-BKC-SMG

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
MARIELA TERESA PORRAS
1839 MIDDLE RIVER DRIVE
#305
FORT LAUDERDALE, FL  33305

**ATTORNEY FOR DEBTOR**
ROBERT A. STIBERMAN, ESQUIRE
2601 HOLLYWOOD BLVD
HOLLYWOOD, FL  33020

**CREDITOR**
U.S. DEPARTMENT OF EDUCATION
POB 2837
PORTLAND, OR  97208

**ADDITIONAL CREDITORS**
US DEPT OF EDUCATION
C/O CLAIMS FILING UNITS
POB 8973
MADISON, WI  53708-8973

U.S. DEPARTMENT OF EDUCATION
C/O CIVIL PROCESS CLERK
99 NE 4TH STREET
MIAMI, FL  33132

MERRICK GARLAND, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW ROOM 4400
WASHINGTON, DC  20530

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  20-22945-BKC-SMG

U.S. DEPARTMENT OF EDUCATION
C/O BETSY DEVOS, EDUCATION SECRETARY
400 MARYLAND AVE., SW
WASHINGTON, DC  20202

ARIANA FAJARDO ORSHAN
US ATTY S.D. FL
500 E. BROWARD BLVD.
FORT LAUDERDALE, FL  33394

NELNET
121 S 13 ST.
STE. 201,
LINCOLN, NE  68512

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.